| | |
|---|---|
| 1 | HARRIS & RUBLE |
| | Alan Harris (SBN 146079), harrisa@harrisandruble.com |
| 2 | David Garrett (SBN 160274), dgarrett@harrisandruble.com |
| | 655 North Central Avenue 17th Floor |
| 3 | Glendale California 91203 |
| | Tel: 323.962.3777 |
| 4 | Fax: 323.962.3004 |
| 5 | Attorneys for Plaintiff |
| | MELISSA RAMIREZ |
| 6 | |
| 7 | MITCHELL SILBERBERG & KNUPP LLP |
| | Stephen A. Rossi (SBN 282205), sar@msk.com |
| 8 | 2049 Century Park East, 18th Floor |
| | Los Angeles, CA  90067-3120 |
| 9 | Telephone: (310) 312-2000 |
| | Facsimile: (310) 312-3100 |
| 10 | Attorneys for Defendant |
| | AUTONOMY PRODUCTIONS, |
| 11 | HOME BOX OFFICE, INC. |
| | NOREEN O'TOOLE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY PRODUCTIONS, LLC, a Delaware Limited Liability Company; HOME BOX OFFICE, INC., a Delaware Corporation; NOREEN O'TOOLE, an individual; and DOE 1 through and including DOE 10,<br><br>Defendants. | CASE NO. 2:23-CV-09782-ODW-JC<br><br>Hon. Judge Otis D. Wright<br>Magistrate Judge Jacqueline Choolian<br><br>**STIPULATION TO DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>(Removed November 17, 2023, from LASC  Case No. 23STCV24984)<br><br>(Federal Question Jurisdiction: 28 U.S.C. §§ 1331, 1441) |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED between Plaintiff Melissa Ramirez ("Plaintiff") and Defendants Autonomy Productions, LLC; Home Box Office, Inc. and Noreen O'Toole collectively, ("Defendant") (collectively, the "Parties"), by and through their respective counsel, to the dismissal of the action, *with* prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii), and each party to bear its own costs.

**SO STIPULATED.**

Respectfully submitted,

DATED: January 8, 2024

HARRIS & RUBLE
ALAN HARRIS
DAVID GARRETT

By: /s/ *Alan Harris*
Alan Harris
David Garrett
Attorneys for Plaintiff
MELISSA RAMIREZ

DATED: January 8, 2024

MITCHELL SILBERBERG & KNUPP LLP
STEPHEN A. ROSSI

By: /s/ *Stephen A. Rossi*
Stephen A. Rossi
Attorneys for Defendant
AUTONOMY PRODUCTIONS, LLC
HOME BOX OFFICE, INC.
NOREEN O'TOOLE

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

DATED: January 8, 2024　　　　　By: 　*/s/ David C. Garrett*
　　　　　　　　　　　　　　　　　　　David Garrett
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

3
**STIPULATION FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**