JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MELISSA RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>AUTONOMY PRODUCTIONS, LLC et al.,<br><br>Defendants. | Case № 2:23-cv-09782-ODW (JCx)<br><br>**ORDER OF DISMISSAL** |

The Court, having considered the parties' Stipulation to Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's individual claims in the above-entitled action. The class allegations are dismissed without prejudice. Notice to the putative class members is not necessary given the stage of the proceedings and that dismissal of their claims is without prejudice. Each party shall bear its own costs and attorneys' fees.

///

///

///

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 11, 2024

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**